UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GABRIEL SCHONZEIT,                                    :
                                                     :
                        Plaintiff,                   :
            -v-                                      :
                                                     :
JETBLUE AIRWAYS CORPORATION,                         :
                                                     :
                        Defendant.                   :
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/12

12 Civ. 6159 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On September 7, 2012, defendant filed a motion to dismiss the complaint under Rule

12(b) of the Federal Rules of Civil Procedure.  On September 10, 2012, the Court issued an order

granting plaintiff until September 28, 2012, to file an amended complaint or an opposition to

defendant's motion to dismiss.  On September 28, 2012, plaintiff filed an amended complaint,

and on October 19, 2012, defendant filed a new motion to dismiss.  Accordingly, defendant's

original motion to dismiss the complaint is denied as moot.

The Clerk of Court is directed to terminate the motion.  (Docket No. 9).

SO ORDERED.

Dated: New York, New York
       October 22, 2012

JESSE M. FURMAN
United States District Judge